HUGHES, Respondent, v. KELLEY, Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by John F. Hughes against Michael F. Kelley.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order reversed on exceptions, and a new trial ordered, with costs to abide the event. Held, there was an error in admitting evidence of the entries by the plaintiff in his books of account.

INDERLAND, Respondent, v. GRAY, Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Edward C. Inderland against William S. Gray.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Interlocutory judgment affirmed, with costs, with leave to answer within 20 days upon payment of the costs of the demurrer and the appeal.

KAIN, Respondent, v. CITY OF SYRACUSE, Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Mary Kain against the city of Syracuse.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order affirmed, with costs.

LATIMORE, Respondent, v. LEDERMAN et al., Appellants.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Moses Latimore against Moses Lederman and another.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order reversed on the facts, and a new trial granted, without costs of the appeal to either party, upon the payment of costs of former trial within 20 days. If such costs are not so paid, judgment and order affirmed, with costs of the appeal to the respondent.

LEE, Respondent, v. PETRIE et al., Appellants.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Janette J. Lee, as executrix, etc., against Thomas Petrie and others.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment affirmed, with costs.